1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7124
7       FAX: (415) 436-6748
        Email: erin.cornell@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            ) CASE NO. CV 17–05752 EDL
                                         )
15         Plaintiff,                    ) NOTICE OF FORFEITURE ACTION
                                         )
16      v.                               )
                                         )
17  ONE ISRAEL MILITARY INDUSTRIES       )
    9MM RIFLE, MODEL UZI, BEARING        )
18  SERIAL NUMBER SA65000, and OTHER     )
    ASSORTED FIREARMS AND                )
19  AMMUNITION,                          )
                                         )
20         Defendant.                    )
                                         )

21

22         A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 924(d) and Title 28, U.S.C. §

23  2461(c) was filed on October 5, 2017, in the United States District Court for the Northern District of

24  California by the United States of America, plaintiff, against the *in rem* defendant one Israel Military

25  Industries 9mm rifle, model Uzi, bearing serial number SA65000, and other assorted firearms and

26  ammunition.

27         All persons asserting an interest in or claim against the defendant one Israel Military Industries

28  9mm rifle, model Uzi, bearing serial number SA65000, and other assorted firearms and ammunition
    Notice of Forfeiture Action
    CV 17–05752 EDL                              1

who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, within thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture website (www.forfeiture.gov); or within the time that the Court allows. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Erin A. Cornell, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: 10/5/17

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
ERIN A. CORNELL
Assistant United States Attorney