1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
7      FAX: (415) 436-6748
       Email: erin.cornell@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,           ) CASE NO. CV 17- 05752 EDL
14                                     )
         Plaintiff,                    ) WARRANT OF ARREST OF PROPERTY *IN REM*
15                                     )
      v.                               )
16                                     )
   ONE ISRAEL MILITARY INDUSTRIES      )
17 9MM RIFLE, MODEL UZI, BEARING       )
   SERIAL NUMBER SA65000, and OTHER    )
18 ASSORTED FIREARMS AND               )
   AMMUNITION,                         )
19                                     )
         Defendant.                    )
20 ────────────────────────────────────)

21      TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
22            FEDERAL BUREAU OF INVESTIGATION

23      YOU ARE HEREBY COMMANDED to arrest and seize the defendant firearm one Glock

24 model 30 .45 caliber pistol bearing serial number CDV174US and maintain custody of same pursuant to

25 19 U.S.C. § 1605 until further Order of the Court.

26      Claimants of the above-described firearm which is the subject of this action shall file their claims

27 with Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th floor, San

28
   Warrant of Arrest
   CV 17- 05752 EDL                          1

Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Erin A. Cornell, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th floor, San Francisco, California 94102, and copies should be served on Erin A. Cornell, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: 10/12/2017

SUSAN Y. SOONG
United States District Clerk
*Susan Y. Soong*
By: _____