BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7124
    FAX: 415.436.6748
    Email: erin.cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE ISRAEL MILITARY INDUSTRIES 9MM RIFLE, MODEL UZI, BEARING SERIAL NUMBER SA65000, AND OTHER ASSORTED FIREARMS AND AMMUNITION, <br><br> Defendant. | CASE NO. CV 17-05752 EDL <br><br> **CERTIFICATE OF SERVICE** |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

- VERIFIED COMPLAINT FOR FORFEITURE;

- RUNNER DOCUMENT #2 (NO DOCUMENT ATTACHED), CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE;

- NOTICE OF FORFEITURE ACTION;

- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Glock Model 22)*;

CERTIFICATE OF SERVICE
CV 17-05752 EDL                      1

- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Glock Model 26)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Glock Model 27)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Glock Model 30)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Isr. Mil. Ind. Uzi)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Misc. Ammo)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Smith & Wesson)*;
- PROPOSED WARRANT OF ARREST OF PROPERTY *IN REM (Taurus)*;
- WARRANT ISSUED AS TO GLOCK MODEL 22;
- WARRANT ISSUED AS TO GLOCK MODEL 26;
- WARRANT ISSUED AS TO GLOCK MODEL 27;
- WARRANT ISSUED AS TO GLOCK MODEL 30;
- WARRANT ISSUED AS TO ISRAEL MILITARY INDUSTRIES UZI;
- WARRANT ISSUED AS TO MISCELLANEOUS AMMUNITION;
- WARRANT ISSUED AS TO SMITH & WESSON;
- WARRANT ISSUED AS TO TAURUS;
- MAGISTRATE JUDGE LAPORTE'S NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER;
- MAGISTRATE JUDGE LAPORTE'S CASE MANGEMENT ORDER – JURY TRIAL;
- MAGISTRATE JUDGE LAPORTE'S CASE MANGEMENT ORDER – COURT TRIAL;
- MAGISTRATE JUDGE LAPORTE'S ORDER RE DISCOVERY PROCEDURES;
- MAGISTRATE JUDGE LAPORTE'S ORDER RE CASE MANAGEMENT CONFERENCE;
- MAGISTRATE JUDGE LAPORTE'S STANDING ORDER;
- MAGISTRATE JUDGE LAPORTE'S STANDING ORDER ON CONFIDENTIAL AND SEALED DOCUMENTS;
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

- NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE;
- CONSENTING TO A MAG. JUDGE JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;
- ECF REGISTRATION INFORMATION HANDOUT;
- FILING PROCEDURES; and
- ADR DISPUTE RESOLUTION PROCEDURES;

to be served this date via U.S. first class mail delivery and certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Martha A. Boersch, Esq.<br>1611 Telegraph Avenue, Suite 806<br>Oakland, CA 94612<br>(Counsel for ELLIS) | Christopher J. Cannon, Esq.<br>Sugarman & Cannon<br>737 Tehama Street, Unit #3<br>San Francisco, CA 94103<br>(Counsel for KINCAID) |
| James Phillip Vaughns, Esq.<br>6114 LaSalle Avenue, Suite 289<br>Oakland, CA 94611<br>(Counsel for MCDANIEL) | Edwin Ken Prather, Esq.<br>245 Fifth Street, Suite 103<br>San Francisco, CA 94103<br>(Counsel for PENNYMON) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13 day of October, 2017, at San Francisco, California.

BRENDA LUKAITIS
FSA Paralegal III/Asset Forfeiture Unit